# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:05-cr-00132-RLH-LRL |
| vs. ) | O R D E R |
| KAMALUDEEN ADEBOYE GIWA, ) | |
| Defendant. ) | |

Before this Court is the Report and Recommendation (#321, filed May 29, 2007) of United States Magistrate Judge Lawrence R. Leavitt, regarding Defendant's Motion to Suppress (#168). An objection (#328) was filed to Magistrate Judge Leavitt's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States has filed an Response (#333) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be affirmed and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#321, entered May 29, 2007) is ADOPTED and AFFIRMED, and Defendant's Motion to Suppress (#168) is denied.

Dated: July 13, 2007.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**