UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:05-CR-00132-RLH-LRL |
| vs. | ) | **O R D E R** |
| KAMALUDEEN A. GIWA, | ) | (Petition to Correct a Clerical Error Pursuant to Rule 36–#513) |
| Defendant. | ) | |

Before the Court is Defendant's **Petition to Correct a Clerical Error Pursuant to Rule 36** (#513, filed June 11, 2015) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Petition.

IT IS THEREFORE ORDERED that Defendant's Petition to Correct a Clerical Error Pursuant to Rule 36 (#513) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  within forty-five (45) days of the entry this Order.  Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED:  June 16, 2015.

_____
**Roger L. Hunt
United States District Judge**